■ R & J CONSTRUCTION CORPORATION, Respondent, v B. L. BUILDERS, INC., Appellant. [606 NYS2d 1003] —Appeal by the defendant from an order of the Supreme Court, Nassau County (Kutner, J.), dated October 1, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Kutner at the Supreme Court. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.